# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| TAMERA METCALF,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA<br>DISABILITY MANAGEMENT SERVICES<br>PO BOX 13480<br>PHILADELPHIA PA 19176,<br><br>　　　　　　Defendant. | Case No. 3:19-cv-00293-DJH-CHL |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Tamara Metcalf (incorrectly named Tamera Metcalf), and Defendant, The Prudential Insurance Company of America (incorrectly named "Prudential Insurance Company of America Disability Management Services"), by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.

Date: August 26, 2019

　　　　　　　　　　　　　　　　　　　　*s/Robert A. Florio (with permission)*
　　　　　　　　　　　　　　　　　　　　Robert A. Florio
　　　　　　　　　　　　　　　　　　　　1500 Story Avenue
　　　　　　　　　　　　　　　　　　　　Louisville, KY 40206
　　　　　　　　　　　　　　　　　　　　502-295-7930
　　　　　　　　　　　　　　　　　　　　raflorioatty@hotmail.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff, Tamara Metcalf*

Date: August 26, 2019

　　　　　　　　　　　　　　　　　　　　*s/Shelley R. Hebert*
　　　　　　　　　　　　　　　　　　　　Shelley R. Hebert (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　shebert@seyfarth.com
　　　　　　　　　　　　　　　　　　　　Samuel Schwartz-Fenwick (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　sschwartz-fenwick@seyfarth.com

Seyfarth Shaw LLP
233 Wacker Drive
Suite 8000
Chicago, IL 60606-6448
Telephone: 312-460-5000
Facsimile: 312-460-7000


Buddy J. VanCleave
Buddy.vancleave@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, PA
9300 Shelbyville Road, Suite 400
Louisville, KY 40222
Telephone: 502-423-6390
Fax: 502-423-6391

*Attorneys for Defendant, The Prudential Insurance Company of America*

2

## **CERTIFICATE OF SERVICE**

   I do hereby certify that on August 26, 2019, I electronically filed the foregoing using the Court's CM/ECF method, which will send notification to the following:

Robert A. Florio
1500 Story Avenue
Louisville, KY 40206
502-295-7930
raflorioatty@hotmail.com

*Attorney for Plaintiff*

              */s/ Shelley R. Hebert*
              Shelley R. Hebert