UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TAMERA METCALF,     Plaintiff,

v.     Civil Action No. 3:19-cv-293-DJH-CHL

PRUDENTIAL INSURANCE COMPANY
OF AMERICA DISABILITY
MANAGEMENT SERVICES,     Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Tamara Metcalf[1] and Defendant The Prudential Insurance Company of America[2] have filed a joint stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 19) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

August 27, 2019

**David J. Hale, Judge**
**United States District Court**

---

[1] The parties informed the Court that the plaintiff's name is currently misspelled in the docket. The plaintiff's name is currently "Tamera Metcalf" and it should be listed as "Tamara Metcalf." (D.N. 19)

[2] The parties informed the Court that the defendant's name is listed incorrectly in the docket. The defendant's name is currently "Prudential Insurance Company of America Disability Management Services" and it should be "The Prudential Insurance Company of America." (D.N. 19)